JEAN BAILEY *v.* NATIONWIDE MUTUAL
INSURANCE COMPANY
(12029)

LANDAU, SCHALLER and CRETELLA, Js.

Argued October 25—decision released November 9, 1993

*Peter D. Clark,* with whom, on the brief, was *Michael P. Bowler,* for the appellant (plaintiff).

*A. Jeffrey Somers,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.